BEFORE THE THIRD DIVISION, MARCH 15, 1956

No. 59766.—Daniel D. Karasik v. United States, protest 253417–K/6618 (Chicago).

Opinion by EKWALL, J. The protest was dismissed.

No. 59767.—Henry A. Wess, Inc. v. United States, protest 173819–K (Cleveland).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of Swift & Company et al. v. United States (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.